U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

JAN 22 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD ROCKHILL | CIVIL ACTION 13-1160 |
| VERSUS | JUDGE HAIK |
| THOMAS R. DUPLANTIER, et al | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and considering the objections filed, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The plaintiff's civil rights complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages from a defendant who is immune from suit.

**THUS DONE** and **SIGNED** on this the 21st day of January, 2014.

_____
JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT